DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSE ANTONIO VILLAGOMEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0608

_____

July 8, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Thomas Krug, Judge.

PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.